**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00080-CMA-03

UNITED STATES OF AMERICA,

     Plaintiff,

v.

3.     VICTOR RIVAS-PINZON,

     Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE
AS TO DEFENDANT VICTOR RIVAS-PINZON**

_____

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture as to Defendant Victor Rivas-Pinzon.  The Court having read said Motion and being fully advised in the premises finds:

On December 19, 2013, the United States and Defendant Victor Rivas-Pinzon entered into a Plea Agreement and Stipulation of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Rivas-Pinzon's interest in the following is forfeited to the United States in accordance with 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure:

a.      $7,746.00 in United States currency;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to Defendant Rivas-Pinzon at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via an official government website for at least thirty (30) consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

SO ORDERED this __27th__ day of March, 2014.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge

2